UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV13-491-SJO (AS) | Date | May 5, 2014 |
|---|---|---|---|
| Title | Gustavo Baeza v. P. Covello, et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**            **(IN CHAMBERS)** ORDER TO SHOW CAUSE

On March 22, 2013, Plaintiff Gustavo Baeza ("Plaintiff") filed a Complaint, pursuant to 42 U.S.C. § 1983 (Docket Entry No. 3).  On August 30, 2013, Defendants P. Covello, V. Rosolillo, and T. Busby (collectively "Defendants") filed a Motion to Dismiss (Docket Entry No. 17).  On October 1, 2013, the Court *ordered* Plaintiff to file an Opposition to the Motion to Dismiss no later than November 1, 2013 (Docket Entry No. 25).  To date, Plaintiff has failed to file any such Opposition.

On February 25, 2014, without ruling on Defendants' Motion to Dismiss, the Court ordered Defendants to file a Supplemental Brief addressing whether issue preclusion applies to this action (Docket Entry No. 27).  On March 27, 2014, Defendants filed their Supplemental Brief (Docket Entry No. 30).  On March 28, 2014, the Court *ordered* Plaintiff to file a Reply to the Supplemental Brief no later than April 28, 2014 (Docket Entry No. 31).  To date, Plaintiff has filed to file any such Reply.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE as to why the Court should not dismiss this action for failure to prosecute and obey court orders.  Plaintiff must file a response to this Order no later than **May 19, 2014.**

**Plaintiff is expressly warned that failure to file a timely response to this Order may result in a recommendation that this action be dismissed with prejudice for failure to prosecute and for failure to obey court orders.  See Fed. R. Civ. P. 41(b).**

|  | 0 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | AF |