**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUSTAVO BAEZA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>P. COVELLO, et al.,<br><br>　　　　Defendants. | NO. ED CV 13-491-SJO (AS)<br><br><br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

　　DATED: July 24, 2014.

_____
　　　　S. JAMES OTERO
　　UNITED STATES DISTRICT JUDGE